846

No. 83–13.   FLEURY ET AL. v. HARPER & ROW, PUBLISHERS, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–14.   STATE BOARD OF EQUALIZATION v. TRAILER TRAIN CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–15.   SALSBURY, AS PARENT, NATURAL GUARDIAN, AND ADMINISTRATOR OF THE ESTATE OF SALSBURY v. SAINT VINCENT HOSPITAL ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–16.   COPENHAVER v. HARRIS ENTERPRISES, INC. C. A. 9th Cir.   Certiorari denied.

No. 83–17.   RAJA ET VIR v. MICHAEL REESE HOSPITAL ET AL. Sup. Ct. Ill.   Certiorari denied.

No. 83–20.   POWELL v. NIGRO ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 83–23.   IREDELL MEMORIAL HOSPITAL, INC. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir. Certiorari denied.

No. 83–25.   COODY ET AL. v. LOUISIANA.   Ct. App. La., 2d Cir.   Certiorari denied.

No. 83–26.   LAVENTHALL v. GENERAL DYNAMICS CORP. C. A. 8th Cir.   Certiorari denied.

No. 83–31.   FAIR GROUNDS CORP. v. PARI-MUTUEL CLERKS UNION OF LOUISIANA, LOCAL 328, AFFILIATED WITH THE SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO.   C. A. 5th Cir.   Certiorari denied.

No. 83–33.   SCHWANECKE ET AL. v. HARRIS COUNTY HOSPITAL DISTRICT ET AL.   Ct. App. Tex., 10th Sup. Jud. Dist.   Certiorari denied.

No. 83–34.   STOUFFER CORP. v. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL.   C. A. 6th Cir.   Certiorari denied.